IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 12-3595
_____


WILLIE SMITH,
Appellant


v.

JOHN KERESTES, Superintendent, et al.,
Appellees

_____

MOTION TO EXTEND TIME FOR FILING BRIEF FOR APPELLANT
_____


1500 Liberty Center        LISA B. FREELAND
1001 Liberty Avenue        Federal Public Defender
Pittsburgh, PA 15222
(412) 644-6565             Attorney for Appellant,
                           Willie Smith

IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

WILLIE SMITH,                    )
        Appellant               )
                                 )
        v.                       )          No. 12-3595
                                 )
JOHN KERESTES,                   )
Superintendent, et.al.,          )
        Appellees               )

## MOTION TO EXTEND TIME FOR FILING BRIEF FOR APPELLANT

AND NOW comes the Appellant, Willie Smith, by and through his counsel, Federal Public Defender Lisa B. Freeland, and files this Motion to Extend Time for Filing Brief for Appellant.  In support thereof, counsel states:

1.   On July 2, 2014, this Court issued a briefing schedule under which the Brief for Appellant is due on or before August 11, 2014.

2.   Undersigned counsel sought and received an extension within which to file said brief until September 10, 2014.  She also sought and received a further extension until November 10, 2014.  The order issued with the latter extension indicated that no further extensions would be granted.

3.    Despite her best efforts, counsel has not been able to prepare the Brief for Appellant in this case.  As noted in her prior motion, due to deadlines in other cases, as well as the administrative and other demands of her position, counsel did not expect to be able to turn to this case until, at the very earliest, October 2, 2014.

4.    The record in this case is voluminous: an 800-page trial record, followed by a direct appeal and two full PCRA proceedings (one with a remand for an evidentiary hearing).  Counsel has reviewed most of the record, and has done substantial research on the issues to be addressed, but still has not been able to begin writing the brief.

5.    Counsel ordinarily would determine how much time is needed to complete the task, and seek that time.  However, she will be out of the office on family medical leave, beginning shortly and lasting approximately one month.  Counsel has advised both the Chief Judge and the Circuit Executive of her need to be on leave for this period.

6.    Counsel has considered reassigning this case to
another attorney in her office, but does not believe
reassignment would serve the interests of her client or those of
the Court.  Counsel knows the record and is familiar with the
legal issues, and a newly-assigned attorney would require as
much or more time than undersigned counsel to review the record,
research the legal issues, and prepare a brief.

7.    Counsel is aware that the Court disfavors extensions
of time.  She also understands that the delay in this case has
been substantial.  Counsel has spoken with Mr. Smith, who does
not oppose her request.

8.    As the Court is aware, counsel was out of the office
for two months at the beginning of 2014, leading up to and
following the death of her father.  Since her return, she has
worked diligently to make up for lost time and fulfill her
duties to the Court, her office and her clients.  This is the
only case that still remains from the backlog caused by her
prior absence.

9.  Unfortunately, counsel will be out of the office again for an extended period of time, and will require additional time to complete the Brief for Appellant in this case.  She prays the Court will grant her the time needed to do so.

10.  Insofar as counsel will be out of the office until late December, 2014, she seeks an additional 60 days, or until January 9, 2015, to file a Brief for Appellant in this case.

WHEREFORE, for the foregoing reasons, counsel for Appellant Willie Smith respectfully requests that the within Motion to Extend Time for Filing Brief for Appellant be granted and that the deadline for the Brief for Appellant be extended to January 9, 2015.

Respectfully submitted,

**/s/ Lisa B. Freeland**
Lisa B. Freeland
Federal Public Defender
Counsel of Record

Attorney for Appellant
Willie Smith

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the Motion to Extend Time for Filing Brief for the Appellant was mailed to the following:

> Thomas W. Minett, Esq.
> Lawrence County Office of District Attorney
> 430 Court Street
> New Castle, PA 16101

> ***/s/ Lisa B. Freeland***
> Lisa B. Freeland
> Federal Public Defender

Dated:  November 7, 2014