# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

C.A. No. **12-3595**

WILLIE SMITH, Appellant

VS.

JOHN KERESTES

(D.N.J. Civ. No. 2-10-cv-00048)

Present:    CHAGARES, KRAUSE, and VAN ANTWERPEN, Circuit Judges

Respectfully,

Clerk

_____ORDER_____

It is noted that although the government was notified of the appeal in this matter, no one has entered an appearance on the government's behalf.

The Court believes that it would benefit from the participation of the government. Accordingly, it is hereby O R D E R E D that counsel for the government enter an appearance within 14 days and a file responsive brief within 30 days. The Clerk is directed to provide the government with the brief and appendix filed in this matter.

By the Court,

s/ Michael A. Chagares
Circuit Judge

Dated: June 3, 2015
JK/cc: Lisa B. Freeland, Esq.
    Thomas W. Minett, Esq.
    District Attorney Lawrence County