IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 12-3595

_____

WILLIE SMITH,
Appellant

v.

JOHN KERESTES, Superintendent, et al.,
Appellees

_____

MOTION TO EXTEND TIME FOR FILING BRIEF FOR APPELLEES

_____

| | |
|---|---|
| District Attorneys Office | Thomas W. Minett, |
| Lawrence County Government Center | Assistant District Attorney |
| New Castle, PA16101 | Counsel for Respondents |
| 724/656-1915 | |

.

IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

| | | |
|---|---|---|
| WILLIE SMITH, | ) | |
| Appellant | ) | |
| | ) | |
| v. | ) | No. 12-3595 |
| JOHN KERESTES, | ) | |
| Superintendent, et al., | ) | |
| Appellees | ) | |

## MOTION TO EXTEND TIME FOR FILING BRIEF FOR APPELLEES

AND NOW comes the Appellees, John Kerestes, Superintendent, et al., by and through their counsel, Thomas W. Minett, Assistant District Attorney, and files this Motion to Extend Time for Filing Brief for Appellees. In support thereof, counsel states:

1. On June 3, 2015, this Honorable Court entered an Order that noted that no one from the government had entered an appearance on the government's behalf in this case. This Honorable Court Ordered that counsel for the government enter an appearance within 14 days and file a responsive brief within 30 days.

2. On June 11, 2015, undersigned counsel entered his appearance as Ordered.

3. The undersigned is a part-time Assistant District Attorney and is also employed in a private civil practice.

4. Undersigned counsel was scheduled to begin trial in the homicide case of *Commonwealth v. Burrelli* that was set to begin on June 16, 2015. The witness list for that case contained 31 names. The undersigned was scheduled with witness preparation sessions June 8 through June 15, 2015. The witness preparation sessions were conducted as scheduled until the defense requested a continuance of trial on June 12, 2015. The request was granted.

5.   Undersigned was assigned as counsel in two further homicide cases since the beginning of June 2015. Those cases are *Commonwealth v. Kiyon Matthews* and the case involving the death of Frederick Swilling which has resulted in homicide charges titled as *Commonwealth v. Melissa Aponte* and *Commonwealth v. Ryan Avery*. There are additional individuals to be charged in the Swilling murder.

6.   Undersigned has had responsibilities to the civil practice office.

7.   Undersigned has not had adequate time to review the Brief of the Appellant, the brief submitted by the undersigned in the District Court proceedings, and the current state of the law.

8.   Undersigned is scheduled for a family vacation (with three adult children and families) out-of-state from July 17 through July 26, 2015.

9.   Undersigned counsel is scheduled to try another homicide case, *Commonwealth v. Ian Frey*, beginning August 10, 2015 which is expected to last 8 to 10 trial days after preparation time.

10.  Undersigned counsel is aware that the Court disfavors extensions of time and that there have been previous extensions in this case but there have been no previous requests for extensions of time to file a brief by the Appellants in this Court.

11.   Undersigned counsel recognizes his obligations to the Courts as well as his obligations to his employers and strives to fulfill all obligations.

12.  Undersigned counsel requests that the filing date for Appellees Brief be extended for 60 days until September 8, 2015. Undersigned counsel will attempt to file the Brief for the

Appellees sooner should the circumstances permit.

WHEREFORE, for the foregoing reasons, counsel for the Appellees respectfully request that the within Motion to Extend Time for Filing Brief for Appellees be granted and that the deadline for the Brief for the Appellees be extended until September 8, 2015.

Respectfully submitted,

/s/ Thomas W. Minett
Thomas W. Minett,
Assistant District Attorney
Counsel of Record

Counsel for Respondents

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the Motion to Extend Time for Filing Brief for the Appellees was mailed to the following:

>Lisa B. Freeland, Esq.
>Federal Public Defender
>1500 Liberty Place
>1001 Liberty Avenue
>Pittsburgh, PA. 15222

>/s/ Thomas W. Minett
>Thomas W. Minett,
>Assistant District Attorney

Dated: July 3, 2015