# FEDERAL PUBLIC DEFENDER

### WESTERN DISTRICT OF PENNSYLVANIA
1500 LIBERTY CENTER
1001 LIBERTY AVENUE
PITTSBURGH, PENNSYLVANIA 15222
phone: (412) 644-6565
fax: (412) 644-4594
website: http://paw.fd.org

**LISA B. FREELAND**
Federal Public Defender

**MICHAEL J. NOVARA**
First Assistant Federal Public Defender

**W. PENN HACKNEY**
Senior Litigator

**AKIN ADEPOJU
CHRISTOPHER B. BROWN
CANDACE CAIN
LINDA E.J. COHN
JAY J. FINKELSTEIN
ANDREW Z. LIPSON
THOMAS LIVINGSTON
ELISA A. LONG
RENEE D. PIETROPAOLO**
*Assistant Federal Public Defenders*

*****Erie Branch Office**
**(814) 455-8089**

January 26, 2016

Marcia M. Waldron, Clerk
United States Court of Appeals
 for the Third Circuit
21400 United States Courthouse
Independence Mall West
601 Market Street
Philadelphia, Pennsylvania 19106-1790

      Re: **Willie Smith, Appellant v.
         John Kerestes, et al., Appellees
         <u>Appeal No. 12-3595</u>**

Dear Ms. Waldron:

  I am writing to inquire about the status of the above-captioned case. The Brief for the Appellant was filed on February 9, 2014 and, on April 20, 2015, calendared for disposition on June 24, 2015. On June 3, 2015, the Court entered an Order directing counsel for the Appellee to enter an appearance within 14 days and a file responsive brief within 30 days. The deadline for filing was thereafter extended until August 21, 2015, and the brief was filed on August 19, 2015. No reply brief was filed.

  No action has been taken since August 2015, and the case has not been relisted for disposition. In light of the unusual course of this appeal, I thought an inquiry was appropriate.

          Very truly yours,

          *Lisa B. Freeland*
         Lisa B. Freeland
         Federal Public Defender